UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LESLIE WEBB | * | CIVIL ACTION |
| | * | |
| versus | * | No. 12-2861 |
| | * | |
| SETTOON TOWING LLC | * | SECTION "L" (5) |

### ORDER

It appearing to the Court that the subject matter of the above captioned case is related to *Robert Thompson v. John W. Stone Oil Distributor, LLC*, Civil Action No. 12-CV-767, and *John Brooks v. LeBeouf Bros. Towing, LLC*, Civil Action No. 12-CV-2002, which are pending in Section "E" (2) of this Court,

**IT IS ORDERED** that the above captioned case be transferred to Section "E" (2) of this Court pursuant to Local Rule 3.1.1.

New Orleans, Louisiana, this 1st day of March, 2013.

_____
UNITED STATES DISTRICT JUDGE

MAR - 1 2013
TRANSFERRED TO
SECT. E MAG. 2